ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MILCON Construction, LLC | ) ASBCA No. 62871 |
| | ) |
| Under Contract No. F41999-17-C-0033 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Armando A. Aranda
                                                              President


APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter, III, Esq.
                                                                    Air Force Deputy Chief Trial Attorney
                                                                    Aaron J. Weaver, Esq.
                                                                    Sandy L. Caruco, Esq.
                                                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 12, 2023

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62871, Appeal of MILCON Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  April 13, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals